**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **AILYN ZUMIKO NAKAMURA ACHONDO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2014-KC** |
| | § | |
| **MARKWAYNE MULLIN, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

On this day, the Court sua sponte considered the case.

Federal Rule of Civil Procedure 4(m) requires:

> If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed R. Civ. P. 4(m).

Petitioner filed her Complaint, ECF No. 1, on July 28, 2026. More than ninety days have passed since that time and either Petitioner has not timely effected service or she has not filed proof of service as required by Federal Rule of Civil Procedure 4(l). Accordingly, the Court **ORDERS** Petitioner to **FILE** proof of service on Respondents by **no later than November 16, 2026**. Failure to comply may result in dismissal of the case.

**SO ORDERED**.

SIGNED this 19th day of October, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE