**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **AILYN ZUMIKO NAKAMURA ACHONDO,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2014-KC** |
| **MARKWAYNE MULLIN, et al.,** | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Petitioner's Notice and Motion for Extension of Time to Complete Service and File Additional Proof of Service ("Motion"), ECF No. 5. On October 19, 2026, the Court ordered Petitioner to file proof of service on Respondents by no later than November 16, 2026. *See* Oct. 19, 2026, Order, ECF No. 4. Petitioner now requests that the Court extend her time to serve Respondents to December 16, 2026. Mot. 2. Upon due consideration, the Court finds good cause for an extension of Petitioner's time to serve Respondents. Fed R. Civ. P. 4(m).

Accordingly, the Court **ORDERS** Petitioner to **FILE** proof of service on Respondents by **no later than December 16, 2026**. Failure to comply may result in dismissal of the case.

**SO ORDERED**.

SIGNED this 10th day of November, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE